**Order entered July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00790-CV

### IN RE JOHN CLOUD, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-61603**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/    ELIZABETH LANG-MIERS
        JUSTICE